# Court of Appeals
# of the State of Georgia

ATLANTA, March 15, 2021

*The Court of Appeals hereby passes the following order:*

**A21E0036.  DIXIT v. DIXIT.**

Upon consideration of the appellant's emergency motion, the same is hereby DENIED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* 03/15/2021
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*